In the Matter of NEW YORK SAVINGS BANK, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* pp. 815, 864.]

HELEN L. REISS v. CARL REISS.— Motion for leave to appeal to the Court of Appeals denied; insofar as modification of the decision of Special Term is sought, considering the motion as a motion for reargument, the motion is granted to the extent of directing that the order of affirmance of this court be modified by the order to be settled on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *ante,* p. 829.]

DENTISTS' SUPPLY COMPANY OF NEW YORK v. E. G. CORNELIUS et al., Copartners Doing Business under the Name of CORNELIUS PRODUCTS COMPANY and GENERAL WAX REFINING COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 306.]

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required as a Site for the Proposed HUNTS POINT SEWAGE TREATMENT WORKS, in the Borough of The Bronx. AMERICAN PRESIDENT LINES, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 315.]

GENERAL ELECTRIC COMPANY v. MASTERS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *ante,* p. 827.]

ANNE G. LONG v. HUGH W. LONG.— Motion for reargument denied. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 254.]

ANNE G. LONG v. HUGH W. LONG.— Motion for reargument denied. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 254.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. KNOUD, Respondent, against RITA B. KNOUD, Appellant, and ELIZABETH BURNS, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [See *ante,* p. 862.]

FAY A. LEWIS v. JOSEPH LEWIS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 811.]